## C. A. BRANT v. STATE.

No. A-7896.  Opinion Filed May 2, 1931.
(298 Pac. 1054.)

Jno. V. Roberts, for plaintiff in error.

The Attorney General, for the State.

CHAPPELL, J.   Judgment was rendered against the plaintiff in error in said cause on the 15th day of February, 1930.   The petition in error was filed in this court on the 13th day of June, 1930.   No order was made by the trial judge fixing the time to make and serve case-made, nor was any extension of time granted.

The appeal having been filed in this court 119 days after judgment was rendered, this court is without jurisdiction.   The appeal is therefore dismissed.

DAVENPORT, P. J., and EDWARDS, J., concur.